Filed 4/28/2023 1:28 PM
Lori Caraway
District Clerk
Bowie County, Texas
Jessica Vickers, Deputy

CAUSE NO.: _____  23C0448-CCL

| | | |
|---|---|---|
| TEXAR FEDERAL | § | IN THE COUNTY COURT AT LAW |
| CREDIT UNION | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | OF |
| WELLS FARGO BANK, N.A., | § | |
| and WELLSFARGO CAPITAL | § | |
| MANAGEMENT, L.L.C., | § | |
| Defendants | § | |
| | § | BOWIE COUNTY, TEXAS |

<u>PLAINTIFF'S ORIGINAL PETITION</u>

COME NOW, Plaintiff, TEXAR FEDERAL CREDIT UNION ("PLAINTIFF" or "TEXAR"), by and through undersigned counsel, and for this, its Original Petition against WELLS FARGO BANK, N.A. ("WELLS FARGO") and WELLSFARGO CAPITAL MANAGEMENT L.L.C. ("WELLSFARGO CAPITAL") (Collectively referred to as "DEFENDANTS"), would show this Court as follows:

## I.    DISCOVERY CONTROL PLAN

1.    Pursuant to Rule 190 of the Texas Rules of Civil Procedure, PLAINTIFF intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.3.

## II.    RELIEF

2.    Pursuant to Rule 47 of the Texas Rules of Civil Procedure, TEXAR seeks "only monetary relief of $250,000 or less, excluding interest, statutory or exemplary damages and penalties, attorney's fees, and court costs."

## III.    PARTIES

3.    Plaintiff TEXAR FEDERAL CREDIT UNION is a credit union operating under Texas Law, with its principal place of business in Bowie County, Texas.

4.    Defendant, WELLS FARGO BANK, N.A., upon information and belief, is a national banking institution, operating under Federal and Texas law, that may be served with process via its Registered Agent, Wells Fargo Bank, N.A., at 201 Main Street, Suite 402, Fort Worth, Texas 76102.

5.    Defendant, WELLSFARGO CAPITAL MANAGEMENT L.L.C, upon information and belief, is a national banking institution, operating under Federal and Texas law, that may be served with process via its Registered Agent, Chen Chao, at 1007 Oyster Bank Circle, Sugar Land, Texas 77478.

## IV.    JURISDICTION AND VENUE

6.    The amount in controversy exceeds the minimum jurisdictional limits of this Court. Venue is proper in Bowie County, Texas, where a substantial part of the events and/or omission giving rise to the claim occurred pursuant to 15.002 of the Texas Civil Practice and Remedies Code. Upon proper service of WELLS FARGO, or waiver of the same, this Court has jurisdiction and venue is proper.

## V.    FACTS

7.    On June 9, 2022, TEXAR created a draft in the form of a cashier's check, in the amount of $59,450.00 to the order of GM Financial as the intended customer regarding payment towards an auto loan of one of its members. A copy of the original cashier's check is attached as Exhibit "A".

8.    The cashier's check was delivered on June 13, 2022, and was signed by an "MPENROD". A copy of the FedEx delivery information is attached as Exhibit "B".

9.    On July 15, 2022, TEXAR's member contacted TEXAR inquiring as to the reason that the auto loan with GM Financial had not been paid off.

10.    On July 15, 2022, TEXAR investigated the matter by pulling a check image and discovered that the cashier's check was reconciled on June 13, 2022, by the collecting bank, DEFENDANTS. However, the instrument had been altered after it left TEXAR's control without TEXAR's knowledge or consent. The intended customer had been altered to show "Roshawd Shepherd," rather than GM Financial. A copy of the altered check is attached as Exhibit "C".

11.    TEXAR then requested a return of the check from DEFENDANTS on July 25, 2022. The request for returned check was processed by DEFENDANTS the same day.

12.    DEFENDANTS denied TEXAR's request on September 12, 2022, and WELLS FARGO enforced payment of the altered instrument, asserting TEXAR did not timely take all actions necessary to recover payment. A copy of the Bank's Claim of Late Return is attached as Exhibit "D".

13.    TEXAR received notice of DEFENDANTS' denial on September 16, 2022. TEXAR then attempted to communicate with DEFENDANTS requesting written evidence that the instrument was properly negotiated by the correct and intended payee, but DEFENDANTS refused to communicate with TEXAR.

14.    On September 26, 2022, TEXAR provided DEFENDANTS with a demand letter for a return without entry for the altered cashier's check along with an affidavit of altered check. DEFENDANTS received the letter and affidavit on September 30, 2022; however, no response has been returned as of the date of this petition. A copy of the demand letter and affidavit with proof of service is attached as Exhibit "E".

VI.    COUNT 1<br>
<em>BREACH OF WARRANTIES</em>

15.    TEXAR incorporates paragraphs one through fourteen as if fully stated herein word for word.

16.    Pursuant to Texas Business & Commerce Code § 4.207, DEFENDANTS, as the collecting bank, warrants that the item in its possession has not been altered.

17.    If an item, such as a check, has been dishonored through alteration, the collecting bank is obliged to pay the amount due on the item. See, Texas Business & Commerce Code § 4.207(b).

18.    In the present case, TEXAR became aware of the dishonored check on July 15, 2022. TEXAR then provided notice of the dishonored check to DEFENDANTS within a reasonable time.

19.    Despite this, DEFENDANTS failed to meet their obligation to return payment of the amount on the check according to the terms of the check at the time it was transferred, which was $59,450.00.

## VII.   COUNT 2
### *MONEY HAD & RECEIVED*

20.    TEXAR incorporates paragraphs one through nineteen as if fully stated herein word for word.

21.    A claim for money had and received is appropriate when DEFENDANTS hold money that belongs to TEXAR in equity and good conscious. *Nevarez v. USAA Fed. Sav. Bank*, S.W.3d, 2021, WL 837624 (Tex.App. El Paso 2021, n.p.h.)(No. 08-19-00120-CV; 3-5-21).

22.    A suit for money had and received is appropriate to recover the proceeds from a dishonored check. *Greer v. White Oak State Bank*, 673 S.W.2d 326, 329 (Tex.App. Texarkana 1984, no writ).

23.    DEFENDANTS received $59,450.00 by cashier's check on June 13, 2022.

24.    TEXAR is the owner of this money in equity and good conscious, as evidenced by TEXAR's request for DEFENDANTS to return the check on July 25, 2022, as well as TEXAR's demand letter for a return without entry for the altered cashier's check along with an affidavit of altered check on September 26, 2022. As of this date, DEFENDANTS have failed to return the money it unjustly received.

## VIII.   COUNT 3
### *CONVERSION*
### *COMMON LAW AND TEXAS UNIFORM COMMERCIAL CODE*

25.    TEXAR incorporates paragraphs one through twenty-four as if fully stated herein word for word.

26.    "An instrument is converted if . . . a bank makes or obtains payment with respect to the instrument for a person not entitled to enforce the instrument or receive payment." Tex. Bus. & Com. Code § 3.420.

27.    A claim for conversion is appropriate when TEXAR owned, possessed, or had the right to immediate possession of property; the property was personal property; DEFENDANTS wrongfully exercised dominion or control over the property; and TEXAR suffered injury. *Lawyers Title Co. v. J.G. Cooper Dev., Inc.*, 424 S.W.3d 713, 718 (Tex.App. Dallas 2014, pet. denied).

28.    TEXAR was the owner of the $59,450.00 and entitled to its immediate possession as evidenced by TEXAR's request for DEFENDANTS to return the check on July 25, 2022, as well as TEXAR's demand letter for a return without entry for the altered cashier's check along with an affidavit of altered check on September 26, 2022.

29.    This money was personal property of TEXAR as specific chattel.

30.    DEFENDANTS have wrongfully exercised dominion and control of the property through its failure to return said funds, its refusal to provide written evidence that the instrument in question was properly negotiated by the correct and intended payee, and its failure to adequately respond to TEXAR's demand letter for a return without entry for the altered cashier's check along with an affidavit of altered check on September 26, 2022.

31.    As a result of DEFENDANTS' actions and/or inactions, TEXAR has suffered injury.

## IX.    COUNT 3
*NEGLIGENCE*

32.    TEXAR incorporates paragraphs one through thirty-one as if fully stated herein word for word.

33.    DEFENDANTS had a duty to follow their policies, Texas state law, as well as banking industry policies as they relate to both the cashing of the instrument and in responding to TEXAR's demands for reimbursement.

34.    DEFENDANTS breached these duties when they cashed the instrument and when they failed and refused to respond to TEXAR's demand letter for a return without entry for the altered cashier's check.

35.    DEFENDANTS' actions and/or inactions represent a breach of their duties and constitutes both the but-for and proximate cause of the damages TEXAR has incurred as a result of DEFENDANTS' actions and/or inactions.

36.    As a result of DEFENDANTS' actions and/or inactions, TEXAR has suffered damages.

## X.    DAMAGES AND RELIEF SOUGHT

37.    TEXAR's damages are in the sum or value of $59.450.00, exclusive of interest and costs.

38.    TEXAR is entitled to recover actual and economic damages as a result of DEFENDANTS' actions and/or inactions, which collectively have resulted in the causes of action stated above.

39.     TEXAR is entitled to recover all costs and reasonable and necessary attorneys' fees incurred by or on behalf of TEXAR herein, as provided by Chapter 38 of the Texas Civil Practices and Remedies Code.

## XI.    PRAYER

WHEREFORE, PREMISES CONSIDERED, TEXAR prays that this Court would cite DEFENDANTS to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for TEXAR against DEFENDANTS, and TEXAR would be entitled to judgment for damages in excess of the minimal jurisdictional limits of this court, plus interest as allowed by law, attorneys' fees, costs of suit, and for any and all further relief to which TEXAR would show itself justly entitled, whether at equity or law.

Respectfully Submitted,

NORTON & WOOD
315 Main Street
Texarkana, Texas 75501
Telephone:   (903) 823-1321
Facsimile:    (903) 823-1325

By:    /s/ Richard J. Kroll
Richard J. Kroll
Texas Bar No. 24107839
Email: richard@nortonandwood.com

Jaci Roberts Berry
Texas Bar No. 24134655
Email: jaci@nortonandwood.com

*ATTORNEYS FOR PLAINTIFF,*
*TEXAR FEDERAL CREDIT UNION*

# EXHIBIT

# "A"



Check Purpose    Check# 305823 $59,450.00
Acct XXXXXX7570   MONTEZ,JESUS A Effect: 06/09/22 Post: 06/09/22 Tlr: 0118

ID DUE DATE    PRINCIPAL   INTEREST    FEES    NEW BALANCE  TRAN AMOUNT    SEQ

(See receipt  for reference)

RECEIVED BY



Check Purpose    Check# 305823 $59,450.00
Acct XXXXXX7570   MONTEZ,JESUS A Effect: 06/09/22 Post: 06/09/22 Tlr: 0118

ID DUE DATE    PRINCIPAL   INTEREST    FEES    NEW BALANCE  TRAN AMOUNT    SEQ

(See receipt  for reference)

---

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD TO LIGHT TO VIEW

**TEXAR** Federal Credit Union

VOID VOID VOID VOID VOI

00 0000305823

2301 RICHMOND RD   TEXARKANA, TX 75503
(903) 223-0000
www.gotexar.com

DATE
06/09/22          $59,450.00

PAY

TEXAR FEDERAL CREDIT UNION
VOID AFTER 90 DAYS

** Fifty-Nine Thousand Four Hundred Fifty and 00/100 DOLLARS **

GM FINANCIAL

TO THE
ORDER
OF

RE: JESUS A MONTEZ
ACCT# ████7984

NOT VALID OVER $25,000 WITHOUT 2 SIGNATURES

⑈305823⑈



FROM:
Melissa Love
TEXAR FEDERAL CREDIT UNION
2301 RICHMOND ROAD
(903) 223-0000
TEXARKANA TX 75503
US

TO: ATTN: PAYMENT PROCESSING
GM FINANCIAL

1820 W SKY HARBOR CIRCLE SOUTH
SUITE 150
PHOENIX AZ 85034
(800) 284-2271
INV:
PO:

REF:

DEPT:

SHIP DATE: 03JUN22
ACTWGT: 1.00 LB
CAD: 106930138/NET14490
DIMS ED: 9 X 6 X 1 IN

BILL SENDER

REF:

(US)

577.J2/274F/FE4A

J22202204120Iuv

FedEx
Ground

TRK#

7770 9098 2345

9622 0019 0 (000 000 0000) 0 00 7770 9098 2345

85034

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST:
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT

# "B"

Track & Ship Online or Find Nearby Locations | FedEx



# Ship, manage, track, deliver



**RATE & SHIP**          **TRACK**          

**LOCATIONS**

**TRACKING ID**

777090982345

## TRACK

MULTIPLE TRACKING NUMBERS    |

**NEED HELP? (HTTPS://WWW.FEDEX.COM/EN-US/QUICK-HELP/TRACKING/F_QUICKHELP.HTML)**

**DELIVERED**

# Monday

6/13/2022 at 11:10 am

Signed for by: MPENROD

  Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

✉  Get Status Updates

7/15/22, 10:58 AM                                Track & Ship Online or Find Nearby Locations | FedEx

**TRACKING ID**

777090982345 🖉 ☆

**FROM**
TEXARKANA, TX US

*Label Created*
6/9/2022 16:10

**PACKAGE RECEIVED BY FEDEX**
TEXARKANA, AR
6/9/2022 00:00

**IN TRANSIT**
TEMPE, AZ
6/13/2022 02:03

**OUT FOR DELIVERY**
TEMPE, AZ
6/13/2022 02:26

**DELIVERED**
Phoenix, AZ US

*DELIVERED*
6/13/2022 at 11:10 AM

Manage Delivery                     ⌄

SEE FULL DETAILS

# EXHIBIT

# "C"



The Image shown below represents an official copy of the original document as processed by TEXAR FCU.

**TEXAR**
Federal Credit Union
2301 RICHMOND RD. TEXARKANA, TX 75503
www.gotexar.com

00 0000305823

DATE
06/09/22

$**59,450.00

**PAY

**Fifty Nine Thousand Four Hundred Fifty and 00/100** DOLLARS

TEXAR FEDERAL CREDIT UNION
VOID AFTER 90 DAYS

*Kelly Whitfell*

TO THE
ORDER
OF

ROSHAWD SHEPHERD
909 31ST APT 3308
TUSCALOOSA AL 35401-6812

*Amy Mills*

NOT VALID OVER $25,00 WITHOUT 2 SIGNATURES

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈305823⑈ ⑆311989344⑆

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:
091000019 6/10/2022 000008987917764 BOFD 6/13/2022 $59,450.00
081000146 6/13/2022 347963829

**Atlanta**       **New Boston**       **Texarkana**

903.223.0000
www.gotexar.com

# EXHIBIT "D"

Adjustments: Open With Entry Message (CA1100)                 DTS: 09/16/2022 10:15:45 AM EDT

# BANK'S CLAIM OF LATE RETURN

To: Check Adjustments Department | Date: September 12, 2022

The returned check described below and attached hereto is being delivered to you.

| | | |
|---|---|---|
| 1. Amount (must be $100 or more) | | $59,450.00 |
| 2. Dated | | 6/09/2022 |
| 3. Paying Bank | | Texar Federal Credit Union |
| 4. Paying Bank Routing (ABA) Number | | 311989344 |
| 5. Paying Bank Location | | TEXARKANA |
| 6. Drawn By (drawer) | | Texar Federal Credit Union |
| 7. Payable To (payee) | | Roshawd Shepherd |
| 8. Check Number | | 305823 |
| 9. We sent this item to | | FRB PREM C |
| | In a cash letter dated | 6/10/2022 |
| | totaling | $43,438,895.91 |
| | tape total | $148,859.02 |
| | listed between items | $5,282.50 and $8,370.00 |
| 10. We received the check from | | FED MN |
| | on | 7/25/2022 |
| | in a return letter/advice dated | 7/25/2022 |
| | In the amount of | $24,294,643.22 |
| | tape total | $4,076,854.38 |
| | listed between items for | $744.95 and $490.00 |
| | sequence number (if applicable) | 762574117 |

11. We claim that, according to our records and the data on the check, the paying bank did not take all action necessary to recover its payment within the deadline in Regulations J and CC, and we verify that, as to notice of non-payment of the check we received:
**Please provisionally credit our account and advise.**

| | |
|---|---|
| *122105278* | Wells Fargo Bank |
| Routing Number | Bank Name |
| *480-482-5823* | *Ann marie Cordova* |
| Phone Number of Bank Contact | Name of Bank Contact |
| *R-2072680314* | *Callie m. Love* |
| Reference Number | Callie Love |
| | Bank Representative's Signature |

1 If the Reserve Bank does not receive all of the information requested within two (2) calendar months after the date listed in item 10 above, the Reserve Bank will not accept the claim and the requester will have to deal directly with the paying bank. In addition, the item must have been collected and/or returned through the Federal Reserve check collection system. Knowingly making false statements to influence the action of a Federal Reserve Bank may subject the signing party to criminal penalties under federal and/or state law.

2 For Payor Bank to request original form and/or original check or original photocopy of check if needed.

# EXHIBIT "E"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Ensure items 1, 2, and 3 are completed.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: ( □ Addressee or □ Agent )<br>X ___ SHREVEPOR<br>B. Received By: (Printed Name)    C. Date of Delivery<br>SEP 3 0 2022 |
| 1. Article Addressed to:<br>Claims Assistance Center WELLS FARGO<br>TMPC MAC # A0246-02B<br>PO Box 7068<br>San Fransisco CA 94120-7068 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below:  □ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9490 9111 0803 3542 3079 88 | 3. Service Type<br>☑ Certified Mail® |
| 2. Article Number (Transfer from service label)<br>9414 7111 0803 3542 3079 46 | |
| PS Form 3811 Facsimile, July 2015 (SDC 3830) | Domestic Return Receipt |





September 26, 2022

To: Wells Fargo

This is a notification from TEXAR FCU of a return without entry for the item listed below:

Type of Claim: Altered Check Item

Check Details:
      Account number: ███████
      Maker of check: TEXAR Federal Credit Union
      Check number: 305823
      Intended Payee: GM Financial
            Altered Payee: Roshawd Shepherd
      Intended check date: 6/09/22
      Intended item amount: $59,450.00

Please issue a cashier's check, made payable to TEXAR Federal Credit Union, in the amount of $59,450.00. The check can be mailed to 2301 Richmond Rd Texarkana TX 75503.

If this claim is being denied, please furnish us with conclusive written evidence that the check was properly negotiated by the correct and intended payee.

If you are requesting additional documents for your investigation, provide a list of all requested documents needed and a contact number and/or email address for you to be reached at.

Thank you for your assistance. If you have any questions, please feel free to contact me.

Sincerely,

Jatonne Horne
Accounting Manager
jatonneh@gotexar.com
903-223-0000 ext. 1002

**Atlanta**        **New Boston**        **Texarkana**

903.223.0000
www.gotexar.com



## AFFIDAVIT OF ALTERED CHECK

STATE OF _____Texas_____

COUNTY OF _____Bowie_____

On this ___22___ day of ___September___ 20_22_ personally appeared before me
___Melissa Love___, who, being duly sworn, depose and states
that ___TEXAR FCU___ is located at _2301 Richmond Rd Texarkana Tx_.

That ___TEXAR Fcu___ is the maker of check ___305823___ dated _6-4-22_,
drawn on TEXAR Federal Credit Union, payable to the order of ___GM Financial___.

That said check was issued in the amount of $_59450.00_, and that after an examination of said
check, the payee on the check has been altered to read ___Roshawd Shepherd___, and
that said check was negotiated with an altered payee.

That said alteration was done without my knowledge or consent:  that I have no knowledge as to the
person so doing.

I have no knowledge or information concerning the facts surrounding the negotiation of said check
except as follows:

Signature: _Melissa Love_

Sworn before me this _22_ day of _September_ 20_22_

Name and Title: _Ashley Collins_

_Ashley Collins_
Notary Public



ASHLEY COLLINS
NOTARY PUBLIC
STATE OF TEXAS
ID # 13010020-0
My Comm. Expires 03-04-2023

ASHLEY COLLINS
NOTARY PUBLIC
STATE OF TEXAS
ID # 13010020-0
My Comm. Expires 03-04-2023



The Image shown below represents an official copy of the original document as processed by TEXAR FCU.

**TEXAR**
Federal Credit Union
2301 RICHMOND RD  TEXARKANA, TX 75503
www.gotexar.com

00 0000305823

DATE
06/09/22

$**59,450.00

PAY

**Fifty Nine Thousand Four Hundred Fifty and 00/100** DOLLARS

TO THE
ORDER
OF

ROSHAWD SHEPHERD
800 31ST APT 3308
TUSCALOOSA AL 35401-6812

TEXAR FEDERAL CREDIT UNION
VOID AFTER 90 DAYS

Kelly Whittell

NOT VALID OVER $25.00 WITHOUT 2 SIGNATURES

Amy Mills

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈305823⑈ ⑆311989344⑈

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

CHECK HERE IF MOBILE OR REMOTE DEPOSIT
DATE

Electronic Endorsements:
091000019  6/10/2022  000006987917764  BOFD 6/13/2022 $59,450.00
061000146  6/13/2022  347963829

**Atlanta**          **New Boston**          **Texarkana**

903.223.0000
www.gotexar.com

The Image shown below represents an official copy of the original document as processed by TEXAR FCU.



Electronic Endorsements:
091000019  6/10/2022  000006987917764  BOFD 6/13/2022 $59,450.00
061000146  6/13/2022  347963829

Adjustments: Open With Entry Message (OAI100)

Status: New                                                DTS: 09/16/2022 10:15:45 AM EDT

| Case Investigation Type: | Used by the Depository institution to request a credit entry regarding their allegation that an item, in the amount of $100.00 or greater, was returned to them late by the Drawee bank. |
|---|---|
| LC | |

## Sender Information

| | | | |
|---|---|---|---|
| Sender ABA (SNDR): | 061000146 | Receiver ABA (RCVR): | 311989344 |
| Respondent ABA (RESP): | | | |
| Contact Name (CNTC): | Customer Support | | |
| Contact Telephone Number(TELE): | +1 (877)-372-2457 | | |
| Sender Reference Number(SREF): | FR22091641054 | | |
| Case Comments (COM1): | Please respond within 20 business days | | |
| Documents: | | | |

| File Name |
|---|
| 59,450.00 FRB BACKUP.pdf |

## Case Information

| | | | |
|---|---|---|---|
| Case Amount (AMT): | $59,450.00 | Availability Date (AVDT): | 09/16/2022 |
| Product Type (PROD): | Return | Entry Type (ETYP): | With Debit |
| Receiver Reference Number (RREF): | | Accounting Entry Identification Number (AID): | 1054 |
| From Cash Letter ABA (FCL): | 311989344 | To Cash Letter ABA (TCL): | 061000146 |
| Cash Letter or Entry Date (CLED): | 07/25/2022 | Sequence Number (SEQ): | 820000000001075 |
| Cash Letter Total (CLT): | $63,422.61 | Tape Total (TT): | $63,422.61 |
| Item Before Amount (IBEF): | $0.00 | Item After Amount (IAFT): | $501.44 |
| Depositing Bank ABA (DPBK): | 122105278 | Drawee Bank ABA (DRBK): | 091000019 |
| Payee (PYE): | | Maker (MKR): | |
| Account Number (ANO): | 2230100000 | Check Serial Number (CKNO): | 305823 |

Adjustments: Open With Entry Message (CA1100)                    DTS: 09/16/2022 10:15:45 AM EDT

## BANK'S CLAIM OF LATE RETURN

To Check Adjustments Department                                    Date: September 12, 2022

The returned check described below and attached hereto is being delivered to you.

| | |
|---|---|
| 1. Amount (must be $100 or more) | $59,450.00 |
| 2. Dated | 6/09/2022 |
| 3. Paying Bank | Texar Federal Credit Union |
| 4. Paying Bank Routing (ABA) Number | 311989344 |
| 5. Paying Bank Location | TEXARKANA |
| 6. Drawn By (drawer) | Texar Federal Credit Union |
| 7. Payable To (payee) | Rashawd Shepherd |
| 8. Check Number | 305823 |
| 9. We sent this item to | FRB PREM C |
| In a cash letter dated | 6/10/2022 |
| totaling | $43,438,895.91 |
| tape total | $148,859.02 |
| listed between items | $5,282.50 and $8,370.00 |
| 10. We received the check from | FED MN |
| on | 7/25/2022 |
| in a return letter/advice dated | 7/25/2022 |
| In the amount of | $24,294,643.22 |
| tape total | $4,076,854.38 |
| listed between items for | $744.95 and $490.00 |
| sequence number (if applicable) | 762574117 |

11. We claim that, according to our records and the data on the check, the paying bank did not take all action necessary to recover its payment within the deadline in Regulations J and CC, and we verify that, as to notice of non-payment of the check we received.
**Please provisionally credit our account and advise.**

| | |
|---|---|
| _122105278_ | _Wells Fargo Bank_ |
| Routing Number | Bank Name |
| _480-482-5823_ | _Ann marie Cardona_ |
| Phone Number of Bank Contact | Name of Bank Contact |
| _R-2072600344_ | _Cassie Jean Love_ |
| Reference Number | Callie Love |
| | Bank Representative's Signature |

1 If the Reserve Bank does not receive all of the information requested within two (2) calendar months after the date listed in item 10 above, the Reserve Bank will not accept the claim and the requester will have to deal directly with the paying bank. In addition, the item must have been collected and/or returned through the Federal Reserve check collection system. Knowingly making false statements to influence the action of a Federal Reserve Bank may subject the signing party to criminal penalties under federal and/or state law.
2 For Payer Bank to request original form and/or original check or original photocopy of check if needed.

Adjustments: Open With Entry Message (CA1100)                    DTS: 09/16/2022 10:15:45 AM EDT



**Returned Item Images**
12 September 2022

Depositor:
Dep. Account:                                    Bank:
Charged Acct:                                    Deposit Date:
Seq Num:        3331895935                       Return Reason:   10 · Alter/Fictitious
Tray:           Large Amount                     Decision:        Chargeback



Ser: 305823    R/T: 31198934    Acct: ▮▮▮▮    PC:        Amt: 59,450.00

Operator:                    Processed:    7/25/2022 7:09:44 PM

**Page 1**                    **Checking Acct Code 00 Number 0000305823**                    **09/16/2022**

| | | | |
|---|---|---|---|
| Checking Acct Code: | 00 | Status: | Reconciled |
| Check Number: | 0000305823 | Global Sequence: | 1,933 |
| Check Number Assigned: | Assigned | Global Seq Date: | 06/09/2022 |
| Post Date: | 06/09/2022 | Tran Seq Number: | 345,989 |
| Issue Date: | 06/09/2022 | Account: | 0000757570 |
| Reconcile Date: | 06/13/2022 | ID Type: | None |
| Void Date: | __/__/____ | ID: | |
| Stop Payment Date: | __/__/____ | Branch: | 9 |
| Escheat Date: | __/__/____ | Source: | Teller |
| Amount: | 59,450.00 | Source GL Code: | Default |

| | | | |
|---|---|---|---|
| Payee Line 1: | GM FINANCIAL | Reference: | |
| Payee Line 2: | | Reference 2: | |
| Payee Line 3: | RE: JESUS A MONTEZ | Reference 3: | |
| Payee Line 4: | ACCT# ███████ | | |
| Payee Line 5: | | Tracer Number: | 0000001075 |
| | | Record Change Date: | 06/13/2022 |
| | | FM History Purge Date: | __/__/____ |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Kroll
Bar No. 24107839
richard@nortonandwood.com
Envelope ID: 75133109
Filing Code Description: PLAINTIFF'S ORIGINAL PETITION
Filing Description:
Status as of 4/28/2023 1:53 PM CST

Associated Case Party: TEXAR FEDERAL CREDIT UNION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patricia Thomas | | patricia@nortonandwood.com | 4/28/2023 1:28:25 PM | SENT |
| Jaci RobertsBerry | | jaci@nortonandwood.com | 4/28/2023 1:28:25 PM | SENT |
| Richard Kroll | | richard@nortonandwood.com | 4/28/2023 1:28:25 PM | SENT |